

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Missouri*

---

*Hal Goldsmith*
*Assistant United States Attorney*

*Thomas F. Eagleton U.S. Courthouse*
*111 S. 10th Street, Rm. 20.333*
*St. Louis, MO  63102*

*Telephone: (314) 539-2200*
*Fax: (314) 539-2777*

June 2, 2022

**FILED**
**JUN 0 2 2022**
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Mr. Gregory J. Linhares, Clerk
United States District Court
111 S. 10th Street
St. Louis, MO  63102

    **Re:**    **United States v. John Collins-Muhammad, Lewis Reed, and Jeffrey Boyd**
           **4:22-cr-00297 SRC/SPM**

Mr. Linhares:

      The indictment above returned by the United States Grand Jury in the above captioned case on May 25, 2022, was ordered suppressed pending the apprehension of the defendants named herein.

      We are now informed that the indictment regarding the above defendants is no longer in need of being suppressed, therefore, the suppression of the indictment may be lifted.  It is, therefore, directed that such be done.

                                    Very truly yours,

                                    SAYLER A. FLEMING
                                    United States Attorney

                                    */s/  Hal Goldsmith*
                                    HAL GOLDSMITH, #32984MO
                                    Assistant United States Attorney