**Lawrence M. O'Toole**
**6333 Tholozan Avenue**
**St. Louis, Missouri 63109**

---

July 22, 2022

The Honorable Judge Stephen R. Clark, Sr.
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

Re:   John Collins-Muhammad

Dear Judge Clark:

I am writing this letter mindful of the fact that I have spent my career in support of the rule of law and firm in my belief that individuals need to be held accountable for their actions.

In the course of my duties with the St. Louis Metropolitan Police Department, both as an Interim Chief and the Assistant Chief, I came to know John Collins-Muhammad on both a personal and professional level. He was a conscientious public official dedicated to the health and welfare of not just his constituents but to all the citizens of the City of St. Louis. We have appeared together in many public forums, and had many formal and informal meetings; he always engaged the serious problems confronting the Police Department with compassion, empathy and integrity.

Like everyone, I was shocked by the revelations of this wrongdoing; it simply did not conform to the individual I knew as the Alderman from the 21st Ward. While I certainly do not condone the breach of public duty, I can say that this wrongdoing does not represent the complete man or the man I knew.

Thank you for your consideration.

Sincerely,

Lawrence M. O'Toole

1

Lawrence M. O'Toole
6333 Tholozan Avenue
St. Louis, Missouri 63109

SAINT LOUIS MO 630

22 JUL 2022 PM 10 L



FOREVER

RECEIVED

JUL 2 6 2022

BY MAIL

The Honorable Judge Stephen R. Clark Sr.
Thomas F. Eagleton Courthouse
111 South 10th. Street
St. Louis, MO 63102

63102-112748