UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-cr-00297-SRC-1 |
| ) | |
| JOHN COLLINS-MUHAMMAD, ) | |
| ) | |
| Defendant. ) | |

# Order

On August 23, 2022 at 3:30 p.m., the Court will hold a change-of-plea hearing in Courtroom 14-North. Defendant will be detained at the conclusion of the hearing, as required by 18 U.S.C. § 3143, unless Defendant meets an exception to detention set forth in the section 3143.

**I. Release or detention pending sentencing for convicted defendants not subject to mandatory detention.**

Defendants with convictions for which mandatory detention does not apply must be detained, unless:

1. The U.S. Sentencing Guidelines do not recommend a term of imprisonment. 18 U.S.C. § 3143(a)(1).

   **or**

2. Defendant proves by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c). *Id*.; *see also United States v. McDonald*, 4:20-cr-00070-SRC (E.D. Mo. April 23, 2021) (explaining 18 U.S.C. § 3143(a)(1)'s clear-and-convincing-evidence standard); *see also* Fed. R. Crim. P. 46(c) ("The burden of establishing that the defendant will not flee or pose a danger to any other person or the community rests with defendant.").

**II.     Release or detention pending sentencing for convicted defendants subject to mandatory detention.**

Defendants with convictions for which mandatory detention does apply must be detained pending sentencing, unless:

1. **a)** The Court finds that there is a substantial likelihood that it will grant a judgment of acquittal or new trial; **or**

    **b)** The United States recommends no sentence of imprisonment be imposed. 18 U.S.C. § 3143(a)(2)(A).

    **and**

2. Defendant proves by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the safety of any other person or the community. *Id*. at § 3143(a)(2)(B); *see United States v. McDonald*, 4:20-cr-00070-SRC (E.D. Mo. April 23, 2021); *see also* Fed. R. Crim. P. 46(c).

The Court further notes that the "exceptional reasons" provision of 18 U.S.C. § 3145(c) does not apply to district judges. *See United States v. Harry Hamm,* 4:19-cr-00613, Doc. 95 (E.D. Mo. April 27, 2021).

So Ordered this 9th day of August 2022.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE