RECEIVED
AUG 25 2022
BY MAIL

Dear Judge Clark,

I met John Collins-Muhammed in 2013, when we were both students at Harris-Stowe State University.

We were in General Geology class that spring, where we formed a rapport that has been ongoing, no matter the time which has gone by.

During our time at Harris-Stowe, I noticed his talents & abilities, which he can put to great use to benefit the community.

He is taking responsibility for his actions, & I believe that with a coordinated support structure, he would thrive in a role of community service & community supervision.

As a fellow alumnus, I offer my service to that end, as I am in St. Louis frequently.

Penological interests would be much better served that way, as opposed to any prison time.

I would be delighted to be of assistance in this matter.

Sincerely,

Erik Shelquist
882 Signature Drive
Bourbonnais, IL 60914
erik.shelquist@gmail.com
(314) 795-6984

Erik Shelquist
882 Signature Drive
Bourbonnais, IL 60914

CHAMPAIGN IL 618
23 AUG 2022 PM 5 L



The Honorable Stephen R Clark
Thomas Eagleton Courthouse
111 S. Tenth Street
Ste. 14.150
St Louis, MO 63102

RECEIVED
AUG 25 2022
BY MAIL

63102-112748