**Amber Cole**
2007 East Fair Avenue
Saint Louis Missouri 63107-1021
Dreamandvisions@gmail.com
314-583-2469

Magistrate Judge
John M. Bodenhauser
Honorable Stephen Clark
Hal Goldsmith
Assistant United States Attorney
111 S. 10th Street, 15 South
Saint Louis Missouri 63102

**RE:    JOHN COLLINS MUHAMMAD - No. 4:22-GR-297 SRC**

Dear Honorable Judge Bodenhauser and Honorable Stephen Clark:

I am writing you regarding Case Number: 4:22-G-297 SRC. Defendant John Collins-Muhammad (JCM) in which was indicted on and enter a Guilty Plea to three charges: ***Theft or Bribery Concerning, Racketeering-Bribery, Wire Fraud***. (PUBLIC CORRUPTION) The defendant John Collins Muhammad represent the area in which I reside – 21st Ward.

JCM intently violated the trust of my community and fraudulent took advantage of the citizens of our ward. Making promises to our community and withheld services from others and threating me personally. He attempted to blight our community. We advise him that we DID NOT want a gas station on Von Phul and Adelaide. We attended a number of meetings with the St Louis City Board of Adjustment requesting them to deny the owner the right to build and operate a business at that site. We also ask not to allow another gas station located on Shreve and Bircher to expand because they were refusing to provide a safety to their patronage. At that gas station a number of murders, car jacking's and drug deals were occurring. When the Six District Police Officers request footage they claim that their cameras were broken.

I believe JCM awarded a contract to a company to replace sidewalks on my street when we didn't need them. Again, I went to the city and told them what I suspected, of course I did not get any help.

There are a number of other incidents that he prevent that we literally begged him for his assistance. From giving favors by renaming streets to obtaining votes. He represented himself not the welfare of those constituents in our ward. The Natural Bridge Expansion Project, he verbally attack me when I called the name developer and question her about the project. I feel that he felt he was above the law. I believed in the potential of this young man. I had hope he would change, I even went to his "mentors" for help. They claim they would speak to him... however no change.

His behavior is a total disgrace to other young African Americans. We lost a "vote" in our community. We lost a leader. We lost tax dollars, just to name a few. And what we gain from his actions was further mistrust in our community, we gain more drugs and prostitution in our community.

So your Honor I request you hold him accountable for the trauma that he imposed onto our community.

Respectfully Submitted,
Amber Cole, Resident of the 21st Ward

Arthur Cole
2007 E. Fair Ave
St. Louis Mo 63107

Magistrate Judge
John M. Bodenhausen

RECEIVED

SEP 13 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS