



2021-05-06 Thursday 12:23:27





2021-05-12 Wednesday 10:45:34





2021-07-0? Saturday   08:42:26

Case: 4:22-cr-00297-SRC Doc. #: 104-1 Filed: 11/28/22 Page: 7 of 12 PageID #:



2021-12-14 Tuesday 15:32:46



17



IPCamera

2022-02-18 Friday 14:07:46





