AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Missouri

United States of America  )
v.  )
John Collins-Muhammad  )
)   Case No:  4:22-cr-00297-SRC-1
)   USM No:  04194-510
Date of Original Judgment:  12/06/2022  )
Date of Previous Amended Judgment:  )   Jeffrey Goldfarb
*(Use Date of Last Amended Judgment if Any)*  )   _Defendant's Attorney_

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑DENIED.  ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   12/06/2022   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   07/19/2024   _____
_Judge's signature_

Effective Date: _____   Chief United States District Judge
*(if different from order date)*   _Printed name and title_